**Joseph M. STEVENS, Appellant, v. Burwell G. SHEPARD.**

**No. 11617.**

Circuit Court of Appeals, Eighth Circuit.

Nov. 10, 1939.

George Reinhardt, of Kansas City, Mo., for appellant.

Charles M. Miller, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed at costs of appellant, per stipulation of parties.